time within which application may be made to this Court for a writ of certiorari, has been amended and limited by § 6 of the Act of September 6, 1916, c. 448, 39 Stat. 726, 727. *Mr. Solicitor General Beck* and *Mr. Assistant Attorney General Hoppin* for the United States. *Mr. George J. Puckhafer* for respondent. [See *ante,* 739.]

---

No. 630. ROBERT ABELES ET AL. *v.* ST. LOUIS, IRON MOUNTAIN & SOUTHERN RAILWAY COMPANY ET AL. November 27, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Clifford B. Allen* for petitioners. *Mr. Paul D. Cravath, Mr. Perry D. Trafford, Mr. Robert H. Neilson* and *Mr. Carl A. de Gersdorff* for respondents. *Mr. Jesse W. Barrett* and *Mr. Lee B. Ewing,* by leave of court, as *amici curiae.*

---

No. 632. P. R. WALSH TIE AND TIMBER COMPANY ET AL. *v.* MISSOURI PACIFIC RAILWAY COMPANY ET AL. November 27, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Clifford B. Allen* for petitioners. *Mr. Allen C. Orrick, Mr. Paul D. Cravath* and *Mr. Robert H. Neilson* for respondents. *Mr. Jesse W. Barrett* and *Mr. Lee B. Ewing,* by leave of court, as *amici curiae.*

---

No. 658. FRED WOLF ET AL. *v.* UNITED STATES. November 27, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Donald W. Johnson* and *Mr. James M. Johnson* for petitioners. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. Franklin G. Wixson* for the United States.